IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVE CUNNINGHAM, | : |
| Plaintiff, | : |
| v. | : CASE NO. |
| PORTFOLIO RECOVERY ASSOCIATES LLC, | : |
| Defendants. | : |

### NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant Portfolio Recovery Associates, LLC removes the above-captioned matter to this Court from the Court of Common Pleas of Bucks County, Pennsylvania and in support thereof aver as follows:

1. Portfolio Recovery Associates, LLC is the defendant in a civil action originally filed on or about February 14, 2022, in the Court of Common Pleas of Bucks County, Pennsylvania titled *Steve Cunningham v. Portfolio Recovery Associates, LLC* and docketed to Case No. 2022-01592-0-JUDGE:37.

2. The removal is timely under 28 U.S.C. § 1446(b). PRA received service of process of Plaintiff's Complaint on April 14, 2022.

3. Pursuant to 28 U.S.C. § 1446, copies of all process, pleadings and orders filed in the state court action are attached as exhibits to this Notice.

4. The United States District Court for the Eastern District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against PRA alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et*

1

*seq*. He claims that PRA's alleged conduct caused him actual harm, entitling him to the recovery of actual damages.

    5.    On this date, PRA has provided notice of this Removal to Plaintiff and to the Court of Common Pleas of Bucks County.

WHEREFORE, Defendant Portfolio Recovery Associates, LLC respectfully removes this case to the United States District Court for the Eastern District of Pennsylvania.

    Respectfully submitted,

    **MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: May 4, 2022

## **CERTIFICATE OF SERVICE**

I certify that on May 4, 2022, a true copy of the foregoing document was served on all counsel of record by electronic service.

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: May 4, 2022