**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **STEVE CUNNINGHAM,** : | |
|    Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 22-1732-JMY** |
| **PORTFOLIO RECOVERY** : | |
| **ASSOCIATES, LLC,** : | |
|    Defendant. : | |

## ORDER

**AND NOW**, this 23rd day of February, 2023, it having been reported that the issues between the parties in the above action have been settled (ECF No. 9) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**, pursuant to the agreement of counsel without costs.

The Clerk of Court shall mark this matter **CLOSED**.

**IT IS SO ORDERED.**

                                           **BY THE COURT:**

                                           */s/ John Milton Younge*
                                           **JUDGE JOHN MILTON YOUNGE**